**U**NITED **S**TATES **D**ISTRICT **C**OURT
**M**IDDLE **D**ISTRICT OF **F**LORIDA
**F**T. **M**YERS **D**IVISION

**SAMUEL P. RUSH, KARA M. RUSH,**

        **Plaintiffs,**

-vs-                                                      Case No.  2:09-cv-429-FtM-29DNF

**WALGREEN CO., FEDERAL EXPRESS CORPORATION,**

        **Defendants.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

      The Plaintiffs, Samuel P. Rush and Kara M. Rush filed an action in state court which was removed to federal court on July 7, 2010.  In the Complaint (Doc. 2), the Plaintiffs allege claims for negligence against Walgreen Co. and Federal Express Corporation.  On August 26, 2010, counsel for Kara Rush filed an Uncontested Motion to Withdraw from Representation of Plaintiff Kara Rush (Doc. 33).  On August 31, 2010, the Court entered an Order (Doc. 34) granting the Uncontested Motion to Withdraw and allowing Kara Rush twenty-one (21) days from the date of that Order to retain new counsel or to notify the Court that she was proceeding *pro se* which is without the benefit of counsel.  The Court cautioned Ms. Rush that if no notice of appearance was filed and if Ms. Rush did not notify the Court that she was proceeding *pro se*, then the Court may dismiss her from this action.  Ms. Rush did not file a response to the Order (Doc. 34).  On September 28, 2010, the Court entered an Order to Show Cause (Doc. 35) requiring Ms. Rush to show cause in writing why this action should not be dismissed against her for failing to notify the Court that she was proceed *pro se*

or for failing to have new counsel file a notice of appearance. The Court cautioned Ms. Rush that if she failed to comply with the Order, the Court would recommend that this action be dismissed against her. Again, Ms. Rush failed to file a response to the Order to Show Cause.

Pursuant to Local Rule 3.10, "[w]henever it appears that any case is not being diligently prosecuted the Court may, on motion of any party or on its own motion, enter an order to show cause why the case should not be dismissed, and if no satisfactory cause is shown, the case may be dismissed by the Court for want of prosecution." Ms. Rush has failed to prosecute this action on her behalf.

**THEREFORE, IT IS RESPECTFULLY RECOMMENDED:**

That Kara Rush be dismissed from this action for failure to prosecute.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Respectfully recommended in Chambers in Ft. Myers, Florida this __25th__ day of October, 2010.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record